UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:20-cv-11619-CAS-JPRx | Date | January 19, 2021 |
|---|---|---|---|
| Title | HAMSIK YAGHOBYAN V. NATIONSTAR MORTGAGE LLC ET AL | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED**

On November 8, 2019, plaintiff Hamsik Yaghobyan filed a complaint for breach of contract, fraud, intentional misrepresentation, and intentional infliction of emotional distress in Los Angeles County Superior Court against defendants Nationstar Mortgage Holdings LLC aka Mr. Cooper Group, Inc., Deutsche Bank Trust Company Americas, and Does 1-10 (collectively, "defendants").

On December 23, 2020, defendants filed a notice of removal to this Court pursuant to 28 U.S.C. § 1446. Defendants claim that this Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds the jurisdictional minimum. See Dkt. No. 1.

However, the notice of removal appears to be untimely. Pursuant to 28 U.S.C. §1446(b), a notice of removal in an action removed on the basis of diversity must both: (a) be filed within thirty days after the defendant receives a copy of the complaint or summons, and (b) be filed within one year after commencement of the action, "unless the district court finds that the plaintiff has acted in bad faith in order to prevent a defendant from removing the action." Defendant alleges that it accepted service of the complaint on November 24, 2020, fewer than 30 days before this action was removed on December 23, 2020. However, this action was commenced in Los Angeles Superior Court on November 8, 2019, more than one year before the date of removal, and defendant asserts federal jurisdiction only on the basis of diversity pursuant to 28 U.S.C. § 1332. Thus, the removal appears to be untimely.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-11619-CAS-JPRx | Date | January 19, 2021 |
|---|---|---|---|
| Title | HAMSIK YAGHOBYAN V. NATIONSTAR MORTGAGE LLC ET AL | | |

Defendants are hereby ORDERED to SHOW CAUSE on or before January 29, 2021, why the instant action should not be remanded for lack of subject matter jurisdiction.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |