UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**  JS-6

| Case No. | 2:20-cv-11619-CAS-JPRx | Date | February 1, 2021 |
|---|---|---|---|
| Title | HAMSIK YAGHOBYAN V. NATIONSTAR MORTGAGE LLC ET AL | | |

Present: The Honorable **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   **(In Chambers) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED**

On November 8, 2019, plaintiff Hamsik Yaghobyan filed a complaint for breach of contract, fraud, intentional misrepresentation, and intentional infliction of emotional distress in Los Angeles County Superior Court against defendants Nationstar Mortgage Holdings LLC aka Mr. Cooper Group, Inc., Deutsche Bank Trust Company Americas, and Does 1-10 (collectively, "defendants").  Dkt. 1.  On December 23, 2020, defendants filed a notice of removal to this Court pursuant to 28 U.S.C. § 1446 on the basis of diversity jurisdiction.  See Id.

On January 19, 2021, the Court ordered defendants to show cause why this matter should not be remanded to the Los Angeles County Superior Court because removal was untimely.  Dkt. 10.  Plaintiffs subsequently filed a motion to remand, on January 21, 2021.  Dkt. 11.  On January 29, 2021, defendants responded to the Court's order to show cause and stated that all defendants "consent to the Court's remand of this action to state court."  Dkt. 12.

For the reasons stated in the Court's order to show cause, this Court lacks subject matter jurisdiction over this action.  Accordingly, **it is hereby ordered that this case be remanded** to the Superior Court for the State of California, County of Los Angeles and that a certified copy of this order be mailed by the clerk of this court to the clerk of the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**  JS-6

| Case No. | 2:20-cv-11619-CAS-JPRx | Date | February 1, 2021 |
|---|---|---|---|
| Title | HAMSIK YAGHOBYAN V. NATIONSTAR MORTGAGE LLC ET AL | | |

Los Angeles County Superior Court, Central District, located at 110 North Grand Avenue, Los Angeles, CA 90012. All dates in this action are hereby **vacated**.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |